# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

KATHLEEN RIZZO,

    Plaintiff,

v.                                                 Case No: 2:20-cv-390-SPC-MRM

GLADES GOLF & COUNTRY CLUB, INC., MAYOR CONSTRUCTION OF NAPLES, CORP. and COASTAL PAINTING OF SOUTH FLORIDA, LLC,

    Defendants.
_____/

## **ORDER**[1]

This matter comes before the Court on Plaintiff Kathleen Rizzo's notice of acceptance of Defendant Mayor Construction of Naples, Corp.'s Offer of Judgment dated February 1, 2021. (Doc. 40). Federal Rule of Civil Procedure 68(a) provides that "within 14 days after being served, the opposing party serves written notice accepting the offer, either party may then file the offer and notice of acceptance, plus proof of service. The clerk must then enter judgment."

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Rizzo accepted an offer of judgment from Mayor Construction.[2] Because Rizzo properly accepted the Offer, judgment must be entered.

Accordingly, it is now

**ORDERED:**

1. The Clerk of Court is **DIRECTED** to enter judgment as stipulated in Defendant Mayor Construction of Naples, Corp.'s Offer of Judgment. (Doc. 56-1).

2. This order does not affect the other deadlines. The case remains ongoing.

**DONE** and **ORDERED** in Fort Myers, Florida on May 12, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

---

[2] Mayor Construction filed the offer on May 11, 2021. (Doc. 56-1).