UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

COASTAL PAINTING OF SOUTH
FLORIDA, LLC,

    Counter-Plaintiff,

v.                                  Case No.:  2:20-cv-390-SPC-NPM

KATHLEEN RIZZO,

    Counter-Defendant.
                              /

### **ORDER**[1]

Before the Court is a sua sponte review of the case. The Court directed Counter-Plaintiff to show cause why it should continue exercising supplemental jurisdiction over the Counterclaim (the only remaining claim). (Doc. 152). In doing so, the Court warned, "**Failure to comply with this Order will result in the Court dismissing the Counterclaim without prejudice and without further notice**." (Doc. 152 at 3). Because Counter-Plaintiff did not timely respond, the Court dismisses the Counterclaim and closes the case. While this Order effectively moots Counter-Plaintiff's Motion

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

for Default Judgment (Doc. 149), a Third-Party Defendant's Motion for Attorney's Fees remains pending (Doc. 131).

Accordingly, it is now

**ORDERED:**

1. Counter-Plaintiff's Counterclaim (Doc. 98) is **DISMISSED without prejudice**.

2. The Clerk is **DIRECTED** to enter judgment, terminate all deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on July 14, 2022.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record